UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO PLENTYWOUNDS, CDCR No. AX-3761<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK OPERATIONS MANGER; CHIEF OPERATING MANAGER VISTA BRANCH; JOHN DOE, Law Enforcement Officer ,<br><br>Defendant. | Case No.:  3:15-cv-02891-DMS-BLM<br><br>**ORDER:**<br><br>**1) DISMISSING CIVIL ACTION AS FRIVOLOUS PURSUANT TO 28 U.S.C. § 1915A(b)(1)**<br><br>**AND**<br><br>**2) DENYING MOTION TO PROCEED IN FORMA PAUPERIS** |

Ubaldo Plentywounds ("Plaintiff"), currently incarcerated at the San Diego Central Jail, and[1] proceeding pro se, has filed a civil rights complaint ("Compl.") pursuant to 42

---

[1] While Plaintiff lists the San Diego Central Jail as his mailing address on the front of his Complaint, the envelope in which his pleading was sent states that his address is Wasco State Prison.  A review of the California Department of Corrections and Rehabilitation's ("CDCR") inmate locator indicates that Plaintiff is currently housed at the Richard J. Donovan Correctional Facility.  *See* http://inmatelocator.cdcr.ca.gov/Results.aspx (website last visited Feb. 24, 2016).

U.S.C. § 1983 (Doc. No. 1).

Plaintiff did not prepay the civil filing fee required by 28 U.S.C. § 1914(a) when he filed his Complaint; instead, he has a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (Doc. No. 2).

**II.     Initial Screening per 28 U.S.C. § 1915A(b)**

The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to review complaints filed by anyone "incarcerated or detained in any facility who is accused of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program," "as soon as practicable after docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP.  See 28 U.S.C. § 1915A(a), (c).  Pursuant to this provision of the PLRA, The Court is required to review prisoner complaints which "seek[] redress from a governmental entity or officer or employee of a government entity," and to dismiss those, or any portion of those, which are "frivolous, malicious, or fail[] to state a claim upon which relief may be granted," or which "seek monetary relief from a defendant who is immune."  28 U.S.C. § 1915A(b)(1)-(2); Resnick v. Hayes, 213 F.3d 443, 446-47 (9th Cir. 2000).

Plaintiff's complaint is subject to sua sponte dismissal pursuant to 28 U.S.C. § 1915A(b)(1) because it is duplicative of another civil action he has already filed.  *See Plentywounds v. Chase Bank Operations Manager*, *et al.*, S.D. Cal. Civil Case No. 3:15-cv-02890 AJB (BLM) (ECF Doc. No. 1).  A court "'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'"  *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007) (quoting *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002)).

A prisoner's complaint is considered frivolous under 28 U.S.C. § 1915A(b)(1) if it "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d

1103, 1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)) (citations and internal quotations omitted).  Because Plaintiff is already litigating the same claims presented in the instant action in *Plentywounds v. Chase Bank Operations Manager*, *et al.*, S.D. Cal. Civil Case No. 3:15-cv-02890 AJB (BLM), the Court must dismiss this action as duplicative pursuant to 28 U.S.C. § 1915A(b)(1).  *See Cato*, 70 F.3d at 1105 n.2; *Resnick*, 213 F.3d at 446 n.1.

### III.  Conclusion and Orders

Good cause appearing, IT IS HEREBY ORDERED that this civil action, *Plentywounds v. Chase Bank Operations Manager, et al.*, 3:15-cv-02891 DMS (BLM) is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF Doc. No. 2) is DENIED as moot.

The Clerk shall close the file.

The Clerk of Court is also directed to mail a copy of this Order to Ubaldo Plentywounds, CDCR AX-4764, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, California 92179.

Dated: February 26, 2016

Hon. Dana M. Sabraw
United States District Judge